UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

In Re:                                                          |
                                                                |
**JENNIFER ANN HARRISON**                |     Case No. **17-21228-RAG**
                                                                |     Chapter 13
            Debtor(s)                                      |

## TRUSTEE'S MOTION FOR DISALLOWANCE OF CLAIM AS TO WHICH THE CLAIMANT HAS REFUSED DISTRIBUTIONS

Nancy Spencer Grigsby, Chapter 13 Trustee in the above-captioned case ("Trustee"), pursuant to section 502 of the Bankruptcy Code and Bankruptcy Rule 3007, request the Court to disallow the proof of claim filed on behalf of **Seterus, Inc. as authorized subservicer for Federal National Mortgage Association,** on **January 3, 2018**, and transferred to **MTGLQ Investors, LP c/o Selene Finance LP**, on **March 7, 2018,** and transferred to **U.S. Bank trust, NA c/o SN Servicing Corp.** ("Claimant"), on **August 20, 2018,** in the amount of $**260,496.71** with an arrearage of $**32,978.27** (the "Claim").  The Claimant has: (1) refused to accept distributions made pursuant to the plan confirmed in the case; and (2) failed either to withdraw the Claim or to amend the Claim to resulting from the execution.  The balance of the Claim should be disallowed to permit plan funds to be disbursed to other creditors.

WHEREFORE, the Trustee prays that the Court disallow the Claim.

Respectfully submitted,

Date: August 9, 2019                **/s/ Nancy Spencer Grigsby**
                                                 Nancy Spencer Grigsby
                                                 Chapter 13 Trustee
                                                 185 Admiral Cochrane Dr., Suite 240
                                                 Annapolis, MD 21401
                                                 ngrigsby@ch13md.com

PLEASE TAKE NOTICE that: (1) within thirty (30) days after the date on the certificate of service of the motion, the claimant may file and serve a memorandum in opposition, together with any documents and other evidence the claimant wishes to attach in support of its claim, unless the claimant wishes to rely solely upon the proof of claim; and (2) an interested party may request a hearing that will be held in the courts discretion.

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of August, 2019, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Motion to Disallow will be served electronically by the Court's CM/ECF system on the following:

Robert Grossbart     robert@grossbartlaw.com, debra@grossbartlaw.com
*Counsel for Debtor(s)*

Leah Christina Freedman     bankruptcy@bww-law.com, leah.freedman@bww-law.com
*Counsel for Seterus, Inc.*

Nikita Rajendra Joshi     Nikita.Joshi@bww-law.com, bankruptcy@bww-law.com
*Counsel for Seterus, Inc.*

I hereby further certify that on the 9th day of August, 2019, a copy of the Motion to Disallow was also mailed first class mail, postage prepaid to:

Jennifer Ann Harrison
2501 Queen Ann Rd
Baltimore, MD 21216
*Debtor(s)*

Seterus, Inc. as authorized subservicer for
Federal National Mortgage Association ("Fannie Mae")
Attn: James Bell
PO Box 1047
Hartford, CT 06143
*Creditor's Address on Claim*

MTGLQ Investors, LP
Selene Finance LP
Attn: James Bell
Attention Customer Service Department
PO Box 422039
Houston, TX 77242
*Creditor's Address on Transfer of Claim*

MTGLQ Investors, LP
Selene Finance LP
Attn: James Bell
Attention Cashering Department
PO Box 71243
Philadelphia, PA 19176
*Creditor's Address on Transfer of Claim*

U.S. Bank Trust, NA c/o
SN Servicing Corp
Attn: Angela Kristen Viale
323 5th Street
Eureka, CA 95501
*Creditor's Address on Transfer of Claim*

SN Servicing Corp.
323 5th Street
PO Box 35
Eureka, CA 95502
*Creditor's Correspondence Address*

The Corporation Trust, Incorporated
2405 York Road, Suite 201
Lutherville Timonium, MD 21093
*Resident Agent for Seterus, Inc.*

*No Resident Agent Found for Federal National Mortgage Association*

The Corporation Trust, Incorporated
2405 York Rd, Suite 201
Lutherville Timonium, MD 21093
*Resident Agent for Selene Finance, LP*

The Corporation Trust, Incorporated
2405 York Rd, Suite 201
Lutherville Timonium, MD 21093
*Resident Agent for MTGLQ Investors, LP*

The Corporation Trust, Incorporated
2405 York Road, Suite 201
Lutherville Timonium, MD 21093
*Resident Agent for U.S. Bank, NA*

The Prentice-Hall Corporation System
7 St Paul Street, Suite 820
Baltimore, MD 21202
*Resident Agent for SN Servicing Corporation*

   I hereby certify that this Motion to Disallow was served on August 9, 2019 to the following recipients by Certified Mail; return receipt requested:

Mr. Andrew Cecere, CEO
U.S. Bank, N.A.
800 Nicollet Mall
BC-MN-H210
Minneapolis, MN 55402
*Officer of U.S. Bank, N.A.*

                       **/s/ Nancy Spencer Grigsby**
                       Chapter 13 Trustee